IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| AMBROSE S. FERNANDEZ, JR., ) | CIVIL NO. 10-00573 SOM/BMK |
| ) | |
| Plaintiff, ) | ORDER DENYING MOTION FOR |
| ) | RECONSIDERATION |
| V. ) | |
| ) | |
| DIRECTOR CLAYTON FRANK, ) | |
| DEPARTMENT OF PUBLIC SAFETY, ) | |
| INSPECTOR NINO, ) | |
| STATE SHERIFF PAUL McINTYRE, ) | |
| DOES 1-10, ) | |
| ) | |
| Defendants. ) | |
| ) | |

ORDER DENYING MOTION FOR RECONSIDERATION

The court has reviewed the document filed by Plaintiff Ambrose S. Fernandez, Jr., on January 21, 2011, under the title "Response to Order Denial of Summary Judgment in Lieu of Jury Trial and Not Ruled Out Supporting Document Immediately" (ECF No. 24). The court construes this document as a reconsideration motion by Fernandez. The reconsideration motion is denied.

Fernandez's motion raises no matter establishing (a) discovery of new material facts not previously available, (b) an intervening change in the law, or (c) a manifest error of law or fact, as required by Local Rule 60.1. Along with his reconsideration motion, Fernandez submits numerous exhibits of administrative directives, statutes, and ordinances without showing how they are relevant to a motion for reconsideration. See ECF No. 22. Many of these exhibits were attached to his

original Complaint.  See ECF No. 1.  Fernandez's motion for reconsideration does not state a claim for which this court can provide him relief.

Fernandez remains allowed to file a proper and timely motion for summary judgment, as stated in the court's order on January 7, 2011.  See ECF No. 19.  If Fernandez chooses to move for summary judgment again, the court advises him to review Local Rule 56.1 for the proper procedures regarding such motions.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, January 25, 2011



/s/ Susan Oki Mollway
Susan Oki Mollway
Chief United States District Judge

Fernandez v. Frank, et al., Civ. No. 10-00573 SOM/BMK; ORDER DENYING MOTION FOR RECONSIDERATION.